UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO MARTIN,<br>　　　　Petitioner<br>　　v.<br>UNKNOWN,<br>　　　　Respondent. | Case No. CV 19-1023-AB (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Duplicative Action; And Denying A Certificate Of Appealability,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: 3/4/2019

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE